AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
SEP 17 2018
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARDENAS, Jonathan | ) | Case No. DR:18-M-8392 |
| | ) | |
| | ) | |
| Eagle Pass, TX | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2018-09-15__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | Unlawfully, knowingly, and intentionally import or cause to be imported a quantity of Methamphetamine, a Schedule II Controlled Substance and a quantity of Heroin, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

On September 15, 2018, Jonathan CARDENAS entered the United States from the Republic of Mexico through the Eagle Pass Port of Entry, Bridge #2, driving a gold Ford Escape bearing Texas License Plate # KWZ0151. Upon inspection, U.S. Customs and Protection Officers (CBPOs) discovered 19 packages in an aftermarket hidden compartment located beneath the rear seats of the vehicle. Of the 19 packages, 18 field tested positive for the characteristics of Methamphetamine (10.62 kilograms, gross weight), a Schedule II Controlled Substance, and 1 of the packages field tested positive for the characteristics of Heroin (1.18 kilograms, gross weight), a Schedule I Controlled Substance. After having been informed of his Constitutional Rights as per Miranda, CARDENAS stated he was aware there were narcotics in his vehicle and stated he was going to be paid for the smuggling venture upon his return to Piedras Negras, Mexico. CARDENAS stated he was going to receive a call with further instructions from the individual who hired him after crossing into the United States. CARDENAS gave these statements to Homeland Security Special Agents orally.

☐ Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent Soto
Printed name and title

Sworn to before me and signed in my presence.

Date: __09/17/2018__

_____
Judge's signature

City and state: __Del Rio, Texas__   United States Magistrate Judge Victor Garcia
Printed name and title